**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**ROSEMARY ALLEN**                                                           **PLAINTIFF**

**v.**                            **CASE NO. 3:20-CV-00062-BSM**

**NUCOR CORPORATION, d/b/a
NUCOR STEEL ARKANSAS, a division
of NUCOR CORPORATION;
JOHN DOES 1-5**                                                          **DEFENDANTS**

## ORDER

This case is dismissed with prejudice pursuant to the notice of dismissal filed by

Rosemary Allen and Nucor Corporation d/b/a Nucor Steel Arkansas, a division of Nucor

Corporation [Doc. No. 21]. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

IT IS SO ORDERED, this 30th day of June, 2021.

*Brian S. Miller*
UNITED STATES DISTRICT JUDGE