IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ROSEMARY ALLEN                                                                              PLAINTIFF

v.                          CASE NO. 3:20-CV-00062-BSM

NUCOR CORPORATION, d/b/a
NUCOR STEEL ARKANSAS, a division
of NUCOR CORPORATION;
JOHN DOES 1-5                                                                               DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice. The parties will bear their own costs.

IT IS SO ORDERED, this 30th day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE